# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAUL JIMENEZ NINO | * |
| PLAINTIFF, | * |
| v. | *   Case No.: 1:17-cv-00349-RC |
| HUA FU INC. D/B/A TWIN DRAGON, ET AL. | * |
| DEFENDANTS. | * |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Raul Jimenez Nino and Defendants Hua Fu, Inc. D/B/A Twin Dragon, Fu Xiu Zeng, Wang Neng-Hsiang, and Chuan Fu Zhang, pursuant to Fed. R. Civ. P. 41(a), hereby submit this Joint Stipulation of Dismissal with Prejudice, dismissing with prejudice Plaintiff's claims against Defendants.

Dated: December 8, 2017

Respectfully submitted,

_____/s/_____
Michael K. Amster (Bar No. 1001110)
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
P: (301) 587-9373
F: (240) 839-9142
mamster@zagfirm.com

*Counsel for Plaintiff*

*/s/ B. Marian Chou*

B. Marian Chou (D.C. Bar No. 433279)
419 7th Street, NW #406
Washington, DC 20004
P: (202) 783-2794

*Counsel for Defendants*
*Hua Fu, Inc. D/B/A Twin Dragon,*
*Fu Xiu Zeng, and Wang Neng-Hsiang*


_____/s/_____
Rosalind R Ray
Bar No. 457514
Law Offices of Rosalind R. Ray
6856 Eastern Avenue, NW, Suite 208
Washington, DC 20012
P: (202) 722-7282

Christopher Markham
Pro Hac Vice pending
751 Rockville Pike, 4A
Rockville, Maryland 20852
P: (240) 422-9301

*Counsel for Defendant*
*Chaun Fu Zhang*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of December, 2017, a true and correct copy of the foregoing was served via the electronic filing system on all counsel of record.

_____/s/_____
Michael K. Amster